July 10, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

JERRY DOHALICK, Appellant

NO. 14-10-01157-CV

V.

MOODY NATIONAL BANK, Appellee
_____

This cause, an appeal from the judgment in favor of appellee MOODY NATIONAL BANK signed September 2, 2010, was heard on the transcript of the record. We order the judgment of the court below **REVERSED** to the extent that the trial court rendered judgment against appellant JERRY DOHALICK, and we **RENDER** judgment that appellee MOODY NATIONAL BANK take nothing from appellant JERRY DOHALICK. We order appellee MOODY NATIONAL BANK to pay all costs incurred in this appeal. We further order this decision certified below for observance.